# In the United States Court of Federal Claims

**No. 06-894L**
**(Filed: February 22, 2007)**

* * * * * * * * * * * * * * * * *

**SOBOBA BAND OF LUISENO INDIANS,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The parties' joint motion for an extension of time within which the defendant may file its answer or otherwise respond to the complaint in the above-captioned case is hereby **GRANTED**. Accordingly, the defendant's answer is due on or before **Friday, July 27, 2007**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge