IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOBOBA BAND OF LUISENO INDIANS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-cv-00894 |
| | ) | Judge Firestone |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion for temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that

1. The joint motion should be and hereby is GRANTED.

2. The litigation of this case, including the deadline for Defendant to file its Answer or otherwise respond to the Complaint, shall be stayed temporarily until November 26, 2007.

3. On or before November 26, 2007, the parties shall file a joint report informing the Court of the status of their efforts to resolve the issues and claims of this case, and making a proposal—by motion, if appropriate—to the Court about whether and how to proceed with this case.

SO ORDERED.

Date: ____________________

______________________________________
HON. NANCY B. FIRESTONE
Judge, United States Court of Federal Claims