# In the United States Court of Federal Claims

**No. 06-894L**
**(Filed: July 30, 2007)**

* * * * * * * * * * * * * * * * *
*
**SOBOBA BAND OF LUISENO INDIANS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

The parties' joint motion, filed July 27, 2007, for a temporary stay of litigation in the above-captioned case so that the parties may continue settlement discussions is **GRANTED**. Accordingly, the case is **STAYED** until **Monday, November 26, 2007**. Unless significant progress is made towards a final resolution, the parties should be prepared to move forward with this litigation at the conclusion of the temporary stay.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge