IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SOBOBA BAND OF LUISENO INDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00894 |
| | ) | Judge Firestone |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the parties' joint motion to extend the current temporary stay of litigation. Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that

1. The joint motion should be and hereby is GRANTED;

2. The current temporary stay of litigation is extended to February 25, 2008;

3. All litigation-related obligations, including the requirements for Defendant to file its Answer or otherwise respond to the Complaint and for the parties to meet, confer, develop, and submit to the Court a joint preliminary status report, are hereby suspended until after the expiration of the temporary stay.

SO ORDERED.

Date: ____________________

_________________________________
HON. NANCY B. FIRESTONE
Judge, United States Court of Federal Claims