# In the United States Court of Federal Claims

**No. 06-894L**
**(Filed: November 28, 2007)**

```
* * * * * * * * * * * * * * * * *
                                  *
SOBOBA BAND OF LUISENO            *
INDIANS,                          *
                                  *
              Plaintiff,          *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
                                  *
* * * * * * * * * * * * * * * * *
```

**ORDER**

The parties' joint motion, filed November 26, 2007, for a temporary stay of litigation in the above-captioned case so that the parties may continue settlement discussions is **GRANTED-IN-PART** and **DENIED-IN-PART**. The court understands that settlement discussions are underway in similar cases currently before the court, including Cheyenne River Sioux Tribe v. United States, Omaha Tribe of Nebraska v. United States, and Stillaguamish Tribe of Indians v. United States, each of which is stayed until December 26, 2007. Accordingly, this case will remain **STAYED** until **Wednesday, December 26, 2007** as well. Unless significant progress is made towards a final resolution, the parties should be prepared to move forward with this litigation at the conclusion of the temporary stay.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge