# In the United States Court of Federal Claims

**No. 06-894L**
**(Filed: January 7, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * | |
| | * |
| **SOBOBA BAND OF LUISENO INDIANS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

The court hereby **SCHEDULES** a status conference for **Thursday, January 10, 2008, at 2:00 p.m. eastern time**. Counsel for each party shall appear by telephone and unless otherwise notified shall be reached at the following telephone numbers: counsel for plaintiff at (505) 842-6123; counsel for defendant at (202) 305-0484.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge