# In the United States Court of Federal Claims

**No. 06-894L**
**(Filed: January 10, 2008)**

* * * * * * * * * * * * * * * * *
*
**SOBOBA BAND OF LUISENO INDIANS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

During the January 10, 2008 status conference, the parties in the above-captioned case represented that they are engaged in active settlement discussions and have made significant progress over the past month. Accordingly, the parties' joint motion for an extension of the temporary stay of litigation, filed on December 26, 2007, is **GRANTED**. This case will remain **STAYED** until **Tuesday, March 25, 2008**, at which time the parties shall file a joint status report indicating the progress they have made towards settlement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge