# In the United States Court of Federal Claims

**No. 06-894L**
**(Filed: March 28, 2008)**

* * * * * * * * * * * * * * * * * *
*
**SOBOBA BAND OF LUISENO INDIANS,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' March 25, 2008 joint status report and motion for extension of the temporary stay in the above-captioned case in order to allow the parties to complete settlement discussions. The parties' joint motion for an extension of the temporary stay of litigation is **GRANTED**. This case will remain **STAYED** until **Wednesday, June 25, 2008**, at which time the parties shall file a joint status report indicating the progress they have made towards settlement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge