# In the United States Court of Federal Claims

**No. 06-894L**
**(Filed: June 27, 2008)**

* * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **SOBOBA BAND OF LUISENO INDIANS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' June 25, 2008 joint status report and motion for extension of the temporary stay in the above-captioned case in order to allow the parties to complete settlement discussions. The parties' joint motion for an extension of the temporary stay of litigation is **GRANTED**. This case will remain **STAYED** until **Thursday, September 25, 2008**, at which time the parties shall file a joint status report indicating the progress they have made towards settlement.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge